■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK MATHIS, Appellant. [61 NYS3d 893]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about October 8, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREJAAH CORNELIUS, Appellant. [61 NYS3d 894]—

Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered February 29, 2008, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second and third degrees, and sentencing him to an aggregate term of 17½ years to life, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]). There is no basis for disturbing the jury's credibility determinations, including its evaluation of alleged inconsistencies and the fact that some witnesses received benefits for their testimony.

We perceive no basis for reducing the sentence. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.